

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2016

No. 04-16-00406-CR

Carl Wade **BAILES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR0076
Honorable Melisa Skinner, Judge Presiding

# O R D E R

On October 10, 2016, court reporter Mary Beth Sasala filed a notification of late reporter's record. The reporter's record was originally due on August 15, 2016. On August 31, 2016, we granted the reporter an extension of 46 days in which to file the reporter's record, making the reporter's record due on September 30, 2016. The reporter has now requested an additional 31 days to file the record. The request is GRANTED. The court reporter is ORDERED to file the reporter's record with this court not later than October 31, 2016.

If the reporter's record is not filed with this court by October 31, 2016, any requests for additional time to file the record must be accompanied by a signed, written status report. The report must comply with the following requirements:

- describe the transcript by day with the date, description, page counts, and remarks for each day;
- list the page counts for the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks); and
- describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date.

The report may describe any unusual aspects of the record. A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court